UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SAUL SILVA,

                Plaintiff,

    v.

BENJAMIN SANDERS,

                Defendant.

Case No. C19-1734 RSM

**ORDER DISMISSING THE CASE WITH PREJUDICE**

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, **ORDERS**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The complaint is DISMISSED WITH PREJUDICE.

    (3)    The Clerk shall provide a copy of this Order to plaintiff.

DATED this 22nd day of November 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING THE CASE WITH PREJUDICE - 1