UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA, | CASE NO. C19-1734RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BENJAMIN SANDERS, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

After Plaintiff failed to object to the Report and Recommendation ("R&R") issued by United States Magistrate Judge Brian A. Tsuchida in this matter, the Court adopted the R&R, dismissed the case, and entered judgment. Dkts. #10 and #11. Both the order and judgment were entered on November 22, 2019. *Id.*

Plaintiff now files a Motion for Reconsideration indicating that he was temporarily transported to Western State Hospital, notified the Clerk of his address change, but did not receive a copy of the R&R. Dkt. #12. Plaintiff indicates that he does not include his objections as he still has not received a copy of the R&R. The Court notes that there is nothing in the record to suggest that Plaintiff did indeed notify the Clerk of his address change upon being transferred.

MINUTE ORDER – 1

Nevertheless, the Court finds that Plaintiff should be provided an opportunity to file objections to the Court's R&R.

Plaintiff may submit proposed objections to the R&R (Dkt. #9) **no later than December 31, 2019**. Objections and responses shall not exceed the **eight (8) pages** set in the R&R. Should Plaintiff file objections, the Court will determine how to proceed at that time.

The Clerk is directed to mail a copy of this Minute Order and a copy of the R&R (Dkt. #9) to Plaintiff at his last known mailing address.

DATED this 11 day of December, 2019.

                                        WILLIAM McCOOL, Clerk

                                        By: /s/ Paula McNabb
                                              Deputy Clerk