UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA, | CASE NO. C19-1734 RSM |
| Plaintiff, | ORDER |
| v. | |
| BENJAMIN SANDERS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Reconsideration. Dkt. #12. Plaintiff's Motion seeks reconsideration of the Court's November 22, 2019, order and judgment dismissing the action with prejudice. Dkts. #10 and #11. The order and judgment were entered after Plaintiff failed to object to the Report and Recommendation ("R&R") issued by United States Magistrate Judge Brian A. Tsuchida in this matter. Plaintiff sought reconsideration on the basis that he had been transported to Western State Hospital at the time he was to object, and notified the Clerk of his address change, but did not receive a copy of the R&R. Dkt. #12. Plaintiff did not raise any objections to the R&R in his Motion for Reconsideration. Accordingly, the Court, by minute order, permitted Plaintiff to submit proposed objections to the R&R no later than December 31, 2019, so that the Court could consider his Motion for Reconsideration and

ORDER – 1

directed the Clerk to mail Plaintiff another copy of the R&R. Dkt. #13. Plaintiff has failed to submit proposed objections to the R&R.

"Motions for reconsideration are disfavored." LCR 7(h)(1). Consequently, the Court will "ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* Plaintiff has not attempted to satisfy either standard. Having no basis on which to consider the merits of Plaintiff's Motion or reconsider the Court's prior order, and having reviewed the record in this matter, the Court finds and ORDERS that Plaintiff's Motion for Reconsideration (Dkt. #12) is DENIED. This matter shall remain CLOSED. The Clerk is directed to mail a copy of this Order to Plaintiff at his last known mailing address.

Dated this 9th day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE